# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T.A., a minor by and through his guardian ad litem, MARIA GUERRERO**<br><br>**Plaintiff,**<br><br>v.<br><br>**COUNTY OF KERN, and DOES 1 to 100, Inclusive,**<br><br>**Defendants.** | Old Case No.  1:14-cv-00717-___ -JLT<br>New Case No.  1:14-cv-00717-LJO-JLT<br><br><br>**ORDER TO RELATE ACTIONS AND TO ASSIGN DISTRICT JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Francisco Arrieta v. County of Kern*, Case No. 1:14-cv-0400-LJO-JLT.  The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

On the basis of good cause, this Court ORDERS that the above-captioned action be assigned to U.S. District Judge Lawrence J. O'Neill.  All documents shall bear the new **CASE NO. 1:14-cv-00717 LJO JLT**.  U.S. Magistrate Judge Jennifer L. Thurston will remain assigned to this action.

IT IS SO ORDERED.

Dated:  **May 19, 2014**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE

1